UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 1:96-CR-10252-008-WGY |
| | ) | |
| JOHN J. CONWAY | ) | |
|     Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, John J. Conway, by payment in full.

                        Respectfully submitted,

                        CARMEN M. ORTIZ
                        United States Attorney

            By:   /s/ Christopher R. Donato
                  CHRISTOPHER R. DONATO
                  Assistant U.S. Attorney
                  1 Courthouse Way, Suite 9200
                  Boston, MA 02210
                  (617) 748-3303

DATE: September 22, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2014, this document was filed through the ECF system and sent to John J. Conway located in East Boston, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                        /s/ Christopher R. Donato
                        CHRISTOPHER R. DONATO
                        Assistant U.S. Attorney